No. 587. McCoy et al. *v.* Holly Hill Lumber Co., Inc. November 20, 1944. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Messrs. C. T. Graydon* and *M. W. Seabrook* for petitioners.

No. 590. Elias et al., Constituting the Protective Committee, et al. *v.* Clarke, Trustee, et al.; and

No. 591. Jones et al. *v.* Clarke, Trustee, et al. November 20, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harry O. Levin* for petitioners in No. 590, and *Messrs. Louis Boehm* and *Bernard D. Fischman* for petitioners in No. 591. *Messrs. Stanley Clarke, Samuel J. Silverman, Allen E. Throop, O. John Rogge, Jack Lewis Kraus, II, William Roberts, Charles H. Tuttle,* and *Frederick T. Kelsey* for respondents.

No. 595. George *v.* Commissioner of Internal Revenue. November 20, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Abraham Lowenhaupt, Jacob Chasnoff, Richard S. Doyle,* and *J. Gilmer Korner* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *L. W. Post* for respondent.